*Amended*

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>THOMPSON, RALPH G | 2. Court or Organization<br><br>U.S.D.C. W.D. OKLAHOMA | 3. Date of Report<br><br>7/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT JUDGE (SR. STATUS) | 5. ReportType (check appropriate type)<br><br>( ) Nomination, Date<br><br>( ) Initial　(●) Annual　( ) Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U. S. COURTHOUSE<br>200 N. W. 4TH STREET<br>OKLAHOMA CITY, OK 73102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer＿＿＿＿＿＿＿＿＿＿＿ Date＿＿＿＿＿＿ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | ▮ Trust |
| 2. Trustee | ▮ Irrevocable Trust |
| 3. Trustee | ▮Irrevocabale Trust |
| 4. Co-Trustee | ▮Trust |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 JUL 19 A 11:09 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Harvard University, Cambridge, MA | Reimbursement for travel and expenses for period January 6-12, 2003 for annual teaching assignment |
| 2. | LR Phillips | Frequent flyer miles - To/From Hawaii -  9-29-03/10-8-03 |

## V.  GIFTS.   (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1.     |             |       |

## VI.  LIABILITIES.   (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1.       |             |            |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, RALPH G | 7/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Banc One | B | Interest | K | T | | | | | |
| 2. FECU (Allegiance Credit Union - Name Change) | B | Interest | M | T | | | | | |
| 3. Bank of Oklahoma | A | Interest | J | T | | | | | |
| 4. Misc. oil interests in Logan, Lincoln & McIntosh Counties,OK | A | Interest | J | W | | | | | |
| 5. Atlas Public #8 Ltd. | A | Interest | | | Sell | 11/3 | J | | |
| 6. | | | | | | | | | |
| 7. Merrill Lynch Money Accounts (Consolidated) | B | Interest | | | Redeemed | 9/27 | P1 | | |
| 8. Salomon Smith Barney Money Mkt Fd | B | Interest | | | Redeemed | 8/7 | K | | |
| 9. J. P. Morgan Chase | B | Interest | K | T | | | | | |
| 10. Van Kampen Govt. (Previously Van Kampen Fund) | A | Interest | | | Sell | 11/4 | J | | |
| 11. Davis Ser.Convertible(Previously Davis NY Venture Fund) | A | Interest | | | Sell | 11/4 | L | | |
| 12. American Fund | D | Interest | O | T | Buy | 11/5 | O | | |
| 13. American Fund | E | Interest | P1 | T | Buy | 8/7 | P1 | | |
| 14. Edward Jones Money Market Fund | A | Interest | M | T | Buy | 11/5 | M | | |
| 15. Edward Jones Money Market Fund | A | Interest | K | T | Buy | 8/7 | K | | |
| 16. | | | | | | | | | |
| 17. Niagara Mohawk Holdings, Inc. (Now National Grid Group) | A | Dividend | | | Sell | 8/7 | J | | |
| 18. Coca Cola | A | Dividend | | | Sell | 1/24 | K | | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)       F = $50,001-$100,000       G = $100,001-$1,000,000       H1 = $1,000,001-$5,000,000       H2 = More than $5,000,000
2. Value Codes:       J = $15,000 or less       K = $15,001-$50,000       L = $50,001-$100,000       M = $100,001-$250,000
   (See Columns C1 and D3)       N = $250,000-$500,000       O = $500,001-$1,000,000       P1 = $1,000,001-$5,000,000       P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000       P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal       R = Cost (Real Estate Only)       S = Assessment       T = Cash/Market
   U = Book Value       V = Other       W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, RALPH G | 7/12/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Coca Cola | A | Dividend | | | Sell | 1/24 | K | | |
| 20. DuPont | B | Dividend | L | T | | | | | |
| 21. DuPont | A | Dividend | J | T | | | | | |
| 22. General Electric | A | Dividend | L | T | | | | | |
| 23. General Electric | A | Dividend | J | T | | | | | |
| 24. Exxon Mobil Corp. | A | Dividend | | | Sell | 8/7 | J | | |
| 25. Hewlett Packard | A | Dividend | | | Sell | 8/7 | J | | |
| 26. Pfizer, Inc. | A | Dividend . | L | T | | | | | |
| 27. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 28. Unocal Corp. | A | Dividend | | | Sell | 8/7 | J | | |
| 29. Wal-Mart | A | Dividend | M | T | | | | | |
| 30. Wal-Mart | A | Dividend | | | Sell | 8/7 | J | | |
| 31. BP Amoco | A | Dividend | J | T | | | | | |
| 32. Bellsouth Corp. | A | Dividend | | | Sell | 8/7 | J | | |
| 33. BankAmerica Corp. | A | Dividend | K | T | | | | | |
| 34. Phillips Petroleum (Now Conocophillips) | A | Dividend | | | Sell | 8/7 | J | | |
| 35. Banc One Okla. Corp. | A | Dividend | J | T | | | | | |
| 36. SBC Communications, Inc. | A | Dividend | K | T | | | | | |

| 1 Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, RALPH G | 7/12/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Comcast Corp. | A | Dividend | | | Sell | 8/7 | K | | |
| 38. Phillip Morris Cos., Inc. | A | Dividend | | | Sell | 1/5 | K | | |
| 39. Agilent Technologies, Inc. | A | Dividend | | | Sell | 8/7 | J | | |
| 40. Dell, Inc. | A | Dividend | K | T | Buy | 6/16 | K | | |
| 41. DTE, Energy Co. | B | Dividend | K | T | Buy | 3/5 | K | | |
| 42. Fannie Mae USA | A | Dividend | J | T | Buy | 6/16 | J | | |
| 43. FPL Group, Inc. | B | Dividend | L | T | Buy | 3/21 | L | | |
| 44. Home Depot, Inc. | A | Dividend | K | T | Buy | 5/7 | K | | |
| 45. Johnson & Johnson | A | Dividend | L | T | Buy | 5/7 | L | | |
| 46. Pepco Hldgs, Inc. | A | Dividend | K | T | Buy | 3/21 | K | | |
| 47. Public Svc. Enterprise Group | A | Dividend | K | T | Buy | 5/27 | K | | |
| 48. Puget Energy, Inc. | A | Dividend | K | T | Buy | 3/21 | K | | |
| 49. United Health Group, Inc. | A | Dividend | J | T | Buy | 6/16 | J | | |
| 50. United Technologies Corp. | A | Dividend | K | T | Buy | 6/16 | K | | |
| 51. | | | | | | | | | |
| 52. OK Mun. Pwr. Auth. | C | Interest | L | T | | | | | |
| 53. Ok. Mun. Pwr. Auth. (Omitted 2002) | C | Interest | L | T | | | | | |
| 54. Alvord Ca. Uni. Sch. Dist. | A | Interest | M | T | | | | | |

1. Income/Gain Codes. (See Columns B1 and D4)
A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, RALPH G | 7/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Alvord Ca. Uni. Sch. Dist. | A | Interest | M | T | | | | | |
| 56. West Seneca Ny. Cent. Sch. Dist. | A | Interest | M | T | | | | | |
| 57. West Seneca Ny. Cent. Sch. Dist. | A | Interest | M | T | | | | | |
| 58. Va. St. Hsg. Dev. Auth. | A | Interest | M | T | | | | | |
| 59. Va. St. Hsg. Dev. Auth. | A | Interest | | | Sell | 10/8 | M | | |
| 60. Park City Ut. Sch. Dist. | A | Interest | | | Sell | 11/18 | M | | |
| 61. Park City Ut. Sch. Dist. | A | Interest | | | Sell | 9/15 | M | | |
| 62. De Soto Cnty. Ms. Sch. Dist. | A | Interest | | | Sell | 12/02 | M | | |
| 63. Puerto Rico Mun. Fin. Agy. | A | Interest | | | Sell | 12/16 | M | | |
| 64. OK St. Ser A. | A | Interest | | | Redeemed | 7/15 | K | | |
| 65. OK Trnsn. OK Tpk. ('15) | A | Interest | K | T | | | | | |
| 66. OK Trnsn. OK Tpk. ('17) | A | Interest | K | T | | | | | |
| 67. Puerto Rico Pub. Blg. ATRV | A | Interest | L | T | | | | | |
| 68. Grand River Dam Auth. OK | A | Interest | K | T | | | | | |
| 69. OK Cnty. Indpt. Sch. Dist. | A | Interest | | | Sell | 10/22 | K | | |
| 70. Stillwater Ok Utils. Auth. | A | Interest | K | T | | | | | |
| 71. Puerto Rico Mun. Fin Agy. | A | Interest | K | T | | | | | |
| 72. Puerto Rico Elec. Pwr. Auth. | A | Interest | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, RALPH G | 7/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. OK St. Tpk. Auth. ('12) | A | Interest | | | Sell | 10/22 | K | | |
| 74. Klein Tx. Indpt. Sch. Dist. | A | Interest | | | Sell | 9/24 | K | | |
| 75. Botetourt County Va. FRDG | A | Interest | K | T | Buy | 3/5 | K | | |
| 76. New York St. Environmental FACS | A | Interest | K | T | Buy | 3/5 | K | | |
| 77. Oklahoma Water Res. Brd. | A | Interest | K | T | Buy | 3/5 | K | | |
| 78. GMAC Smartnotes | A | Interest | K | T | Buy | 2/20 | K | | |
| 79. Monroe La. Sales Tx. Rev. | A | Interest | L | T | Buy | 3/10 | L | | |
| 80. | | | | | | | | | |
| 81. ASSETS OF ▮▮▮ TRUST: NOTE: Trust terminated 10-18-03. | | | | | | | | | |
| 82. All previously listed assets distributed to beneficiaries. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. ASSETS OF ▮▮▮ TRUST: (Held as Trustee - | | | | | | | | | |
| 85. No personal ownership:) | | | | | | | | | |
| 86. New York Life Ins.Co.Policy | A | Interest | K | T | | | | | |
| 87. (END OF ▮▮▮ TRUST ASSETS): | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. ASSETS OF ▮▮▮ TRUST: NOTE: Trust terminated 5-7-03 | | | | | | | | | |
| 90. All previously listed assets distriuted to beneficiary. | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, RALPH G | 7/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. | | | | | | | | | |
| 92. ASSETS OF ▓ TRUST: (Held as Co-Trustee - No | | | | | | | | | |
| 93. personal ownership) | | | | | | | | | |
| 94. Dulaney's, Inc. | A | Dividend | P1 | T | | | | | |
| 95. Life Ins. Policy - New York Life Ins. Co. | A | Interest | N | T | | | | | |
| 96. (END OF ▓ TRUST ASSETS) | | | | | | | | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | THOMPSON, RALPH G | 7/12/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | THOMPSON, RALPH G | 7/12/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date _July 13 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  THOMPSON, RALPH G | 2. Court or Organization  U.S.D.C. W.D. OKLAHOMA | 3. Date of Report  4/29/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  US DISTRICT JUDGE (SR. STATUS) | 5. ReportType (check appropriate type)  ( ) Nomination.    Date  ( ) Initial    (•) Annual    ( ) Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  U. S. COURTHOUSE  200 N. W. 4TH STREET  OKLAHOMA CITY, OK 73102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Co-Trustee | ██ Trust |
| 2.   Trustee | ██, Irrevocable Trust |
| 3.   Trustee | ██ Irrevocabale Trust |
| 4.   Co-Trustee | ██ Trust |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY -5 A 11: 25 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Harvard University, Cambridge, MA | Reimbursement for travel and expenses for period January 6-12, 2003 for annual teaching assignment |
| 2. | LR Phillips | Frequent flyer miles - To/From Hawaii -      9-29-03/10-8-03 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, RALPH G | 4/29/2004 |

## VII. INVESTMENTS and TRUSTS  — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   Banc One | B | Interest | K | T | | | | | - |
| 2.   FECU (Allegiance Credit Union - Name Change) | B | Interest | M | T | | | | | |
| 3.   Bank of Oklahoma | A | Interest | J | T | | | | | |
| 4.   Misc. oil interests in Logan, Lincoln & McIntosh Counties,OK | A | Interest | J | W | | | | | |
| 5.   Atlas Public #8 Ltd. | A | Interest | | | Sell | 11/3 | J | | |
| 6. | | | | | | | | | |
| 7.   Merrill Lynch Money Accounts  (Consolidated) | B | Interest | | | Redeemed | 9/27 | P1 | | |
| 8.   Salomon Smith Barney Money Mkt Fd | B | Interest | | | Redeemed | 8/7 | K | | |
| 9.   J. P. Morgan Chase | B | Interest | K | T | | | | | |
| 10.   Van Kampen Govt. (Previously Van Kampen Fund) | A | Interest | | | Sell | 11/4 | J | | |
| 11.   Davis Ser.Convertible(Previously Davis NY Venture Fund) | A | Interest | | | Sell | 11/4 | L | | |
| 12.   American Fund | D | Interest | O | T | Buy | 11/5 | O | | |
| 13.   American Fund | E | Interest | P1 | T | Buy | 8/7 | P1 | | |
| 14.   Edward Jones Money Market Fund | A | Interest | M | T | Buy | 11/5 | M | | |
| 15.   Edward Jones Money Market Fund | A | Interest | K | T | Buy | 8/7 | K | | |
| 16. | | | | | | | | | |
| 17.   Niagara Mohawk Holdings, Inc. (Now National Grid Group) | A | Dividend | | | Sell | 8/7 | J | | |
| 18.   Coca Cola | A | Dividend | | | Sell | 1/24 | K | | |

| 1. Income/Gain Codes: | A  = $1,000 or less | B  = $1,001-$2,500 | C  = $2,501-$5,000 | D  = $5,001-$15,000 | E  = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F  = $50,001-$100,000 | G  = $100,001-$1,000,000 | H1  = $1,000,001-$5,000,000 | H2  = More than $5,000,000 | |
| 2. Value Codes: | J  = $15,000 or less | K  = $15,001-$50,000 | L  = $50,001-$100,000 | M  = $100,001-$250,000 | |
| (See Columns C1 and D3) | N  = $250,000-$500,000 | O  = $500,001-$1,000,000 | P1  = $1,000,001-$5,000,000 | P2  = $5,000,001-$25,000,000 | |
| | P3  = $25,000,001-$50,000,000 | | P4  = $More than $50,000,000 | | |
| 3. Value Method Codes | Q  = Appraisal | R  = Cost (Real Estate Only) | S  = Assessment | T  = Cash/Market | |
| (See Column C2) | U  = Book Value | V  = Other | W  = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, RALPH G | 4/29/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Coca Cola | A | Dividend | | | Sell | 1/24 | K | | |
| 20. DuPont | B | Dividend | L | T | | | | | |
| 21. DuPont | A | Dividend | J | T | | | | | |
| 22. General Electric | A | Dividend | L | T | | | | | |
| 23. General Electric | A | Dividend | J | T | | | | | |
| 24. Exxon Mobil Corp. | A | Dividend | | | Sell | 8/7 | J | | |
| 25. Hewlett Packard | A | Dividend | | | Sell | 8/7 | J | | |
| 26. Pfizer, Inc. | A | Dividend | L | T | | | | | |
| 27. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 28. Unocal Corp. | A | Dividend | | | Sell | 8/7 | J | | |
| 29. Wal-Mart | A | Dividend | M | T | | | | | |
| 30. Wal-Mart | A | Dividend | | | Sell | 8/7 | J | | |
| 31. BP Amoco | A | Dividend | J | T | | | | | |
| 32. Bellsouth Corp. | A | Dividend | | | Sell | 8/7 | J | | |
| 33. BankAmerica Corp. | A | Dividend | K | T | | | | | |
| 34. Phillips Petroleum (Now Conocophillips) | A | Dividend | | | Sell | 8/7 | J | | |
| 35. Banc One Okla. Corp. | A | Dividend | J | T | | | | | |
| 36. SBC Communications, Inc. | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,000-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, RALPH G | 4/29/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Comcast Corp. | A | Dividend | | | Sell | 8/7 | K | | |
| 38. Phillip Morris Cos., Inc. | A | Dividend | | | Sell | 1/5 | K | | |
| 39. Agilent Technologies, Inc. | A | Dividend | | | Sell | 8/7 | J | | |
| 40. Dell, Inc. | A | Dividend | K | T | Buy | 6/16 | K | | |
| 41. DTE Energy Co. | B | Dividend | K | T | Buy | 3/5 | K | | |
| 42. Fannie Mae USA | A | Dividend | J | T | Buy | 6/16 | J | | |
| 43. FPL Group, Inc. | B | Dividend | L | T | Buy | 3/21 | L | | |
| 44. Home Depot, Inc. | A | Dividend | K | T | Buy | 5/7 | K | | |
| 45. Johnson & Johnson | A | Dividend | L | T | Buy | 5/7 | L | | |
| 46. Pepco Hldgs, Inc. | A | Dividend | K | T | Buy | 3/21 | K | | |
| 47. Public Svc. Enterprise Group | A | Dividend | K | T | Buy | 5/27 | K | | |
| 48. Puget Energy, Inc. | A | Dividend | K | T | Buy | 3/21 | K | | |
| 49. United Health Group, Inc. | A | Dividend | J | T | Buy | 6/16 | J | | |
| 50. United Technologies Corp. | A | Dividend | K | T | Buy | 6/16 | K | | |
| 51. | | | | | | | | | |
| 52. OK Mun. Pwr. Auth. | C | Interest | L | T | | | | | |
| 53. Ok. Mun. Pwr. Auth. (Omitted 2002) | C | Interest | L | T | | | | | |
| 54. Alvord Ca. Uni. Sch. Dist. | A | Interest | M | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes (See Column C2) Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, RALPH G | 4/29/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. Alvord Ca. Uni. Sch. Dist. | A | Interest | M | T | | | | | |
| 56. West Seneca Ny. Cent. Sch. Dist. | A | Interest | M | T | | | | | |
| 57. West Seneca Ny. Cent. Sch. Dist. | A | Interest | M | T | | | | | |
| 58. Va. St. Hsg. Dev. Auth. | A | Interest | M | T | | | | | |
| 59. Va. St. Hsg. Dev. Auth. | A | Interest | | | Sell | 10/8 | M | | |
| 60. Park City Ut. Sch. Dist. | A | Interest | | | Sell | 11/18 | M | | |
| 61. Park City Ut. Sch. Dist. | A | Interest | | | Sell | 9/15 | M | | |
| 62. De Soto Cnty. Ms. Sch. Dist. | A | Interest | | | Sell | 12/02 | M | | |
| 63. Puerto Rico Mun. Fin. Agy. | A | Interest | | | Sell | 12/16 | M | | |
| 64. OK St. Ser A. | A | Interest | | | Redeemed | 7/15 | K | | |
| 65. OK Trnsn. OK Tpk. ('15) | A | Interest | K | T | | | | | |
| 66. OK Trnsn. OK Tpk. ('17) | A | Interest | K | T | | | | | |
| 67. Puerto Rico Pub. Blg. ATRV | A | Interest | L | T | | | | | |
| 68. Grand River Dam Auth. OK | A | Interest | K | T | | | | | |
| 69. OK Cnty. Indpt. Sch. Dist. | A | Interest | | | Sell | 10/22 | K | | |
| 70. Stillwater Ok Utils. Auth. | A | Interest | K | T | | | | | |
| 71. Puerto Rico Mun. Fin Agy. | A | Interest | K | T | | | | | |
| 72. Puerto Rico Elec. Pwr. Auth. | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50.001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50.001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, RALPH G | 4/29/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. OK St. Tpk. Auth. ('12) | A | Interest | | | Sell | 10/22 | K | | |
| 74. Klein Tx. Indpt. Sch. Dist. | A | Interest | | | Sell | 9/24 | K | | |
| 75. Botetourt County Va. FRDG | A | Interest | K | T | Buy | 3/5 | K | | |
| 76. New York St. Environmental FACS | A | Interest | K | T | Buy | 3/5 | K | | |
| 77. Oklahoma Water Res. Brd. | A | Interest | K | T | Buy | 3/5 | K | | |
| 78. GMAC Smartnotes | A | Interest | K | T | Buy | 2/20 | K | | |
| 79. Monroe La. Sales Tx. Rev. | A | Interest | L | T | Buy | 3/10 | L | | |
| 80. | | | | | | | | | |
| 81. ASSETS OF ▓▓▓ TRUST: NOTE: Trust terminated 10-18-03. | | | | | | | | | |
| 82. All previously listed assets distributed to beneficiaries. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. ASSETS OF ▓▓▓ TRUST: (Held as Trustee - | | | | | | | | | |
| 85. No personal ownership:) | | | | | | | | | |
| 86. New York Life Ins.Co.Policy | A | Interest | K | T | | | | | |
| 87. (END OF ▓▓▓ TRUST ASSETS): | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. ASSETS OF ▓▓▓ TRUST: NOTE: Trust terminated 5-7-03 | | | | | | | | | |
| 90. All previously listed assets distriuted to beneficiary. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, RALPH G | 4/29/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- H) | (5) Identity of buyer/seller (if private transaction) |
| 91. | | | | | | | | | |
| 92. ASSETS OF ▮ TRUST: (Held as Co-Trustee | | | | | | | | | |
| 93. No personal ownership) | A | Dividend | N | T | | | | | Omitted in previous report. |
| 94. (END OF ▮ TRUST ASSETS) | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, RALPH G | 4/29/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature        Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544